**STATE OF ALABAMA on the relation of Irvine C. PORTER, chairman of the unauthorized practices of law committee of the Alabama State Bar, and Irvine C. Porter, individually, Plaintiffs-Appellants,**

v.

**DUN & BRADSTREET, INC.,**
Defendant-Appellee.

No. 72–2654.
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Jan. 31, 1973.

---

* Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New

Marvin Cherner, Frank M. Young, III, Birmingham, Ala., for plaintiffs-appellants.

Drayton T. Scott, Drayton Nabers, Jr., Birmingham, Ala., for defendant-appellee.

Before THORNBERRY, GOLDBERG and RONEY, Circuit Judges.

PER CURIAM:

This case involves the problem of what is and what is not the practice of law under Title 46, Section 42, Code of Alabama, 1940. We affirm on the basis of the District Court's opinion. State of Alabama on the relation of Irvine C. Porter v. Dun & Bradstreet, Inc., 352 F.Supp. 1226 (N.D.Ala. 1972).

Affirmed.